1  Michael W. Armstrong (SBN 87799)
   NOLAN, ARMSTRONG & BARTON, LLP
2  600 University Avenue
   Palo Alto, CA 94301
3  Tel. (650) 326-2980  Fax (650) 326-9704

4
   Counsel for Defendant Kevin Yang
5

6
                    UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                           SAN JOSE DIVISION
9

10

11  UNITED STATES,                    Case No. CR 11-00472 RMW
12              Plaintiff,            STIPULATION AND []
13                                    ORDER TO CONTINUE STATUS
         v.                           HEARING
14
                                      Date:  February 13, 2012
15  KEVIN CHEN CHIEH YANG,            Time:  9:00 a.m.
                                      Court: The Hon. Ronald M. Whyte
16              Defendant.

17

18

19      It is hereby stipulated between the parties, Michael W. Armstrong, attorney for defendant,

20  Kevin Yang, and Assistant United States Attorney Allison Danner for the United States of

21  America, that the presently scheduled status hearing of February 13, 2012 be rescheduled to

22  Monday, March 5, 2012 at 9:00 a.m. before the Honorable Ronald M. Whyte.

23      The case was originally scheduled for February 6, 2012, and counsel received an order

24  from the court rescheduling the hearing for February 13, 2012. Defendant's counsel, Michael W.

25  Armstrong, is unavailable on that date and out of the state. The next date available to both counsel

26  is March 5, 2012.

27      The parties agree that the time between February 13, 2012 through March 5, 2012 is

28  properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections

STIPULATION AND ORDER TO CONTINUE STATUS HEARING; CASE NO. CR 11-00472 RMW
**1**

1  3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

2  SO STIPULATED:

3  NOLAN, ARMSTRONG & BARTON

Dated: February 8, 2012                       _____/s/_____
MICHAEL W. ARMSTRONG
Attorney for Defendant KEVIN YANG

MELINDA HAAG
United States Attorney

Dated: February 8, 2012                       _____/s/_____
ALLISON MARSTON DANNER
Assistant Unites States Attorney

**ORDER**

For the foregoing reasons, the Court continues the next status conference in this case from February 13, 2012 to March 5, 2012 at 9:00 a.m.  For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from February 13, 2012 through March 5, 2012.

SO ORDERED.

Dated: February ___, 2012                     _____
THE HONORABLE RONALD M. WHYTE
JUDGE OF THE SUPERIOR COURT

STIPULATION AND  ORDER TO CONTINUE STATUS HEARING; CASE NO. CR 11-00472 RMW
2