MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ALLISON MARSTON DANNER  (CABN 195046)
Assistant United States Attorney
  150 Almaden Boulevard, Suite 900
  San Jose, CA 95113
  Telephone: (408) 535-0910
  Fax:  (408) 535-5066
  E-Mail: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00472 RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| v. | ) | |
| KEVEN CHEN CHIEH YANG, | ) | |
| Defendant. | ) | |

    With the agreement of the parties in open court, and with the consent of defendant Keven Chen Chieh Yang, the Court enters this order documenting exclusion of time from March 5, 2012, through April 9, 2012, under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant was indicted on July 13, 2011.  On March 5, 2012, defendant made his first appearance before this Court.

    2.    At the appearance on March 5, 2012, the parties requested a continuance of the case until April 9, 2012, in order for defense counsel to continue to investigate the case.

    3.    Defendant agreed to an exclusion of time under the Speedy Trial Act and agreed that failure to grant the requested continuance would unreasonably deny defendant reasonable

STA Stipulation
11-00472 RMW

1  time necessary for effective preparation, taking into account the exercise of due diligence, in this
2  case  Based on these representations, the Court found that the ends of justice served by
3  excluding the period from March 5, 2012, through April 9, 2012, from Speedy Trial Act
4  calculations outweigh the best interest of the public and the defendant in a speedy trial.18 U.S.C.
5  § 3161(h)(7)(A) & (B)(iv).

6        4.      Accordingly, and with the consent of the defendant at the appearance on March 5,
7  2012, the Court ordered that the period from March 5, 2012, through April 9, 2012, be excluded
8  from Speedy Trial Act calculations. *Id.*

10  IT IS SO STIPULATED.

12  DATED: March 5, 2012                \s\
                                     MICHAEL ARMSTRONG
13                                      Attorney for Defendant

15  DATED: March 5, 2012                \s\
                                     ALLISON MARSTON DANNER
16                                      Assistant United States Attorney

18        IT IS SO ORDERED.

20  DATED: _____        /s/ Ronald M. Whyte
21                                    RONALD M. WHYTE
                                     United States Senior District Judge

STA Stipulation
11-00472 RMW                            2