1  Michael W. Armstrong (SBN 87799)
   NOLAN, ARMSTRONG & BARTON, LLP
2  600 University Avenue
   Palo Alto, CA 94301
3  Tel. (650) 326-2980  Fax (650) 326-9704
4
   Counsel for Defendant Keven Yang
5

6
7                    **UNITED STATES DISTRICT COURT**
8              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                            **SAN JOSE DIVISION**
10

11 | UNITED STATES,                  | Case No. CR 11-00472 RMW        |
12 |                                 |                                 |
   |         Plaintiff,              | **STIPULATION AND []**          |
13 |                                 | **ORDER TO CONTINUE STATUS**    |
   |      v.                         | **HEARING**                     |
14 |                                 |                                 |
15 | KEVEN CHEN CHIEH YANG,          | Date:  September 17, 2012       |
   |                                 | Time:  9:00 a.m.                |
16 |         Defendant.              | Court: The Hon. Ronald M. Whyte |
17

18
19      It is hereby stipulated between the parties, Michael W. Armstrong, attorney for defendant,
20 Keven Yang, and Amber Rosen, Assistant United States Attorney for the United States of
21 America, that the presently scheduled status hearing of September 17, 2012 be rescheduled to
22 Monday, October 22, 2012 at 9:00 a.m. before the Honorable Ronald M. Whyte.
23      Defendant's counsel, Michael W. Armstrong, is unavailable on September 17, 2012 due to
24 his presence at a jury trial in San Mateo County Superior Court, Case No. SC075607, in which he
25 represents the defendant. The next date available to both counsel for the status hearing in the
26 instant case is October 22, 2012.
27      The parties agree that the time between September 17, 2012 through October 22, 2012 is
28 properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections

STIPULATION AND ORDER TO CONTINUE STATUS HEARING; CASE NO. CR 11-00472 RMW
**1**

1  3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

2  SO STIPULATED:

NOLAN, ARMSTRONG & BARTON

Dated: September 12, 2012            _____/s/_____
MICHAEL W. ARMSTRONG
Attorney for Defendant KEVEN YANG

MELINDA HAAG
United States Attorney

Dated: September 12, 2012            _____/s/_____
AMBER ROSEN
Assistant United States Attorney

**ORDER**

For the foregoing reasons, the Court continues the next status conference in this case from September 17, 2012 to October 22, 2012 at 9:00 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from September 17, 2012 through October 22, 2012.

SO ORDERED.

Dated: September FH, 2012            _____
THE HONORABLE RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE