1  Michael W. Armstrong (SBN 87799)
   NOLAN, ARMSTRONG & BARTON, LLP
2  600 University Avenue
   Palo Alto, CA 94301
3  Tel.  (650) 326-2980  Fax (650) 326-9704

4

   Counsel for Defendant
5  Keven Yang

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 UNITED STATES,                    Case No. CR 11-00472 RMW

13                Plaintiff,         **MOTION TO CONTINUE STATUS
                                     HEARING DATE**
14        v.

15                                   Date:    December 10, 2012
16 KEVEN CHEN CHIEH YANG,            Time:    9:00 a.m.
                                     Court:   The Hon. Ronald M. Whyte
17                Defendant.

18

19

20      Defendant, Keven Yang, through his counsel, Michael W. Armstrong, of Nolan,

21 Armstrong & Barton, LLP, hereby moves the court for a continuance of the status hearing

22 presently scheduled for Monday, December 10, 2012, at 9:00 a.m. before the Honorable Ronald

23 M. Whyte.

24      The reason for this motion is that on approximately October 17, 2012, Judge Grewal

25 approved the issuance of a subpoena duces tecum to the law firm of Fenwick & West. The records

26 sought by defendant include documents and communications between Fenwick & West and their

27 then-client, Mr. Calvin Yu, and his father who are the alleged victims of the crimes charged

28 against Mr. Yang in the present indictment. Fenwick & West advised Mr. Yu and his father about

---

MOTION TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER; CASE NO. CR 11-00472 RMW
**1**

1  entering into various business dealings with Mr. Yang in approximately 2006 through 2008, some

2  of which dealings are the subject of the present indictment.

3       In the discovery already received from the government in this case are included emails

4  from Fenwick & West to Mr. Yu, some of which are then forwarded on to Mr. Yang. The

5  communications among these parties and the advice and knowledge passed on to Mr. Yu from his

6  then-attorneys at Fenwick & West are important facts for the determination of issues raised by this

7  indictment.

8       The subpoena duces tecum was served on Fenwick & West on November 1, 2012, and

9  since that date, defendant's counsel, Michael W. Armstrong, has been in contact with lawyers at

10  Fenwick & West about the production of these documents. Fenwick & West has indicated that

11  they have issues with both the scope of the subpoena in terms of the records sought, as well as

12  possible privilege issues, since they were not representing Mr. Yu in the subsequent civil suit

13  brought by him against Mr. Yang which was litigated in the California State Court. The issues

14  raised by Fenwick & West, both as to the scope of the subpoena and the privilege issues, are

15  complex and need more time to be sorted out between counsel for Mr. Yang and Fenwick & West.

16       I have advised counsel for the government, Amber Rosen, of the situation, and even

17  forwarded on to her a written reply that I received from Fenwick & West as to their concerns

18  about the subpoena. Ms. Rosen has indicated to Mr. Armstrong that she has no objection to this

19  request for a continuance of the status hearing, but wanted Mr. Armstrong to put this information

20  in writing before the court in the form of a motion so that the court and counsel would have further

21  written understanding of the issues raised by the issuance of the subpoena duces tecum in this

22  case.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1    For these reasons, counsel for defendant moves the court for a continuance of the status

2    hearing from December 10, 2012 to Hgdtwct{ "6, 2013.

3                                                      Respectfully submitted,

4                                                      NOLAN, ARMSTRONG & BARTON

5

6
Dated: December 7, 2012                        _____/s/_____
7                                                      MICHAEL W. ARMSTRONG
                                                      Attorney for Defendant KEVIN YANG
8

9

10

11   Dated: December 7, 2012                        _____/s/_____
                                                      AMBER ROSEN
12                                                    Assistant Unites States Attorney

13

14

15
                                    **ORDER**
16

17        For the foregoing reasons, the Court grants the motion to continue status hearing and

18   continues the next status conference in this case from December 10, 2012 to Hgdtwct{ "6."4013 at

19   9:00 a.m.  For the reasons stated above, the Court further finds that the ends of justice served by

20   granting the requested continuance outweigh the best interests of the public and the defendant in a

21   speedy trial.  See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be

22   excluded from December 10, 2012 through Hgdtwct{ "6, 2013.

23   SO ORDERED.

24
Dated: December _I__, 2012                      _____
25                                                    THE HONORABLE RONALD M. WHYTE

26

27

28