| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | DANIEL R. KALEBA (CABN 223789)<br>Assistant United States Attorney |
| 5 |   150 Almaden Boulevard, Suite 900<br>  San Jose, CA 95113 |
| 6 |   Telephone: (408) 535-5061<br>  Fax:  (408) 535-5066 |
| 7 |   E-Mail: daniel.kaleba@usdoj.gov |
| 8 | Attorneys for the United States |

9    UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA

11   SAN JOSE DIVISION

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, | No. CR 11-00472 RMW |
| 14 | Plaintiff, | STIPULATION AND [] ORDER CONTINUING PRETRIAL |
| 15 | v. | CONFERENCE FROM AUGUST 8, 2013 TO AUGUST 14, 2013 AT 32:00 C.M. |
| 16 | KEVEN CHEN CHIEH YANG, | |
| 17 | Defendant. | |

19   The above matter is set for trial on August 26, 2013.  The pretrial conference for this

20   matter is calendared for August 8, 2013 at 2:00 p.m.  Counsel for the government has a

21   scheduling conflict on August 8.  The government requests, and the defense stipulates, that the

22   Court continue the pretrial conference from August 8, 2013 to August 14, 2013 at 32:00 c.m.

23   IT IS SO STIPULATED.

24   DATED: July 26, 2013            /s/
                                    MICHAEL ARMSTRONG
25                                  Attorney for Defendant

26   DATED: July 26, 2013            /s/
27                                  DANIEL KALEBA
                                    Assistant United States Attorney
28

Stipulation and [] Order

1    IT IS SO ORDERED.

3    DATED: _____        *Ronald M. Whyte*
                                  HON. RONALD M. WHYTE
4                                 United States District Judge

Stipulation and [] Order                2