1  MELINDA HAAG (CABN 132612)
United States Attorney

2
J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney
5  EDWARD R. FLUET (CABN 247203)
Special Assistant United States Attorney
6

7        150 Almaden Boulevard, Suite 900
San Jose, CA 95113
8        Telephone: (408) 535-5061
Fax:  (408) 535-5066
9        E-Mail: dkaleba@usdoj.gov
                edward.fluet@usdoj.gov
10

11  Attorneys for Plaintiff

12
UNITED STATES DISTRICT COURT
13
NORTHERN DISTRICT OF CALIFORNIA
14
SAN JOSE DIVISION
15

16  UNITED STATES OF AMERICA,        )  CASE NO. CR 11-00472  RMW
                                     )
17        Plaintiff,                 )  [PROPOSED] VERDICT FORM
                                     )
18     v.                            )
                                     )
19  KEVEN CHEN CHIEH YANG,           )
                                     )
20        Defendant.                 )
                                     )
21  _____)

22  COUNT ONE:

23        We, the Jury, find the defendant Keven Chen Chieh Yang _____

24                                                          (guilty/not guilty)
of Wire Fraud, in violation of 18 U.S.C. § 1343, as charged in Count One of the Indictment.

25  ///

26  ///

27  ///

28  ///

United States' [Proposed] Verdict Form
CR-11-00472 RMW                           1

COUNT TWO:

     We, the Jury, find the defendant Keven Chen Chieh Yang _____

                                                                     (guilty/not guilty)

of Wire Fraud, in violation of 18 U.S.C. § 1343, as charged in Count Two of the Indictment.

COUNT THREE:

     We, the Jury, find the defendant Keven Chen Chieh Yang _____

                                                                      (guilty/not guilty)

of Wire Fraud, in violation of 18 U.S.C. § 1343, as charged in Count Three of the Indictment.

COUNT FOUR:

     We, the Jury, find the defendant Keven Chen Chieh Yang _____

                                                                      (guilty/not guilty)

of Wire Fraud, in violation of 18 U.S.C. § 1343, as charged in Count Four of the Indictment.

COUNT FIVE:

     We, the Jury, find the defendant Keven Chen Chieh Yang _____

                                                                      (guilty/not guilty)

of Wire Fraud, in violation of 18 U.S.C. § 1343, as charged in Count Five of the Indictment.

COUNT SIX:

     We, the Jury, find the defendant Keven Chen Chieh Yang _____

                                                                      (guilty/not guilty)

of Wire Fraud, in violation of 18 U.S.C. § 1343, as charged in Count Six of the Indictment.

///

///

///

///

///

///

///

///

United States' [Proposed] Verdict Form
CR-11-00472 RMW                                                             2

1    <u>COUNT SEVEN</u>:

2        We, the Jury, find the defendant Keven Chen Chieh Yang _____

                                                           (guilty/not guilty)

3    of Wire Fraud, in violation of 18 U.S.C. § 1343, as charged in Count Seven of the Indictment.

4

5    Dated: August 5, 2013                    Respectfully submitted,

6                                            MELINDA HAAG

                                           United States Attorney

7

8                                            /s/_____

                                           DANIEL R. KALEBA

9                                            Assistant United States Attorney

                                           EDWARD R. FLUET

10                                            Special Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States' [Proposed] Verdict Form