1  Michael W. Armstrong (SBN 87799)
   NOLAN, ARMSTRONG & BARTON, LLP
2  600 University Avenue
   Palo Alto, CA 94301
3  Tel. (650) 326-2980  Fax (650) 326-9704
4
   Counsel for Defendant Keven Yang
5

6
7                UNITED STATES DISTRICT COURT
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                     SAN JOSE DIVISION
10

11 UNITED STATES,                    Case No. CR 11-00472 RMW
12          Plaintiff,                STIPULATION AND []
13                                    ORDER TO CONTINUE SENTENCING
        v.                            HEARING
14
                                      Date:  November 12, 2013
15 KEVEN CHEN CHIEH YANG,             Time:  9:00 a.m.
                                      Court: The Hon. Ronald M. Whyte
16          Defendant.
17

18
19     It is hereby stipulated between the parties, Michael W. Armstrong, attorney for defendant,
20 Keven Yang, and Daniel Kaleba, Assistant United States Attorney for the United States of
21 America, that the presently scheduled sentencing hearing of November 12, 2013 be rescheduled to
22 Monday, January 6, 2014, at 9:00 a.m. before the Honorable Ronald M. Whyte.
23     Defendant's counsel, Michael W. Armstrong, requests this extension because the probation
24 interview was only recently concluded, and the probation officer needs more time to complete her
25 report. She agrees with the proposed date.
26 ///
27 ///
28 ///

STIPULATION AND ORDER TO CONT. SENTENCING HEARING; CASE NO. CR 11-00472 RMW
**1**

1 The parties agree that the time between November 12, 2013 through January 6, 2014 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

SO STIPULATED:

NOLAN, ARMSTRONG & BARTON

Dated: November 4, 2013   _____/s/_____
MICHAEL W. ARMSTRONG
Attorney for Defendant KEVEN YANG

MELINDA HAAG
United States Attorney

Dated: November 4, 2013   _____/s/_____
DANIEL KALEBA
Assistant United States Attorney

**ORDER**

For the foregoing reasons, the Court continues the sentencing hearing in this case from November 12, 2013 to January 6, 2014 at 9:00 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from November 12, 2013 through January 6, 2014.

SO ORDERED.

Dated: November____, 2013   _____
THE HONORABLE RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE

STIPULATION AND ORDER TO CONT. SENTENCING HEARING; CASE NO. CR 11-00472 RMW
**2**