*E-FILED - 6/24/14*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVEN CHEN CHIEH YANG,<br><br>    Defendant. | CASE NO. CR-11-00472-RMW<br><br>ORDER REQUIRING RESPONSE |

The defendant, Keven Chen Chieh Yang, has moved to terminate, or in the alternative, to reduce his term of supervised release.  The government is requested to respond by July 25, 2014.

Dated: June 24, 2014

_____
RONALD M. WHYTE
United States District Judge

Case No.  CR-11-00472-RMW
ORDER REQUIRING RESPONSE

Copy of Order mailed on ___6/24/14___ to:

Keven Chen Chieh Yang
Reg. 61857-112
P.O. Box 7001/A1b
Taft, California 93268

    Defendant in Pro Per

Case No. CR-11-00472-RMW
ORDER REQUIRING RESPONSE      2