*E-FILED - 9/3/14*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVEN CHEN CHIEH YANG,<br><br>　　　　Defendants. | CASE NO.: CR-11-00472-RMW<br><br>**ORDER RE: DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE PURSUANT TO 18 U.S.C. § 3583** |

　　　Defendant's motion to terminate, or in the alternative reduce the length of his supervised release is denied

DATED: September 2, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Ronald M. Whyte_
　　　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

ORDER
NO. CR-11-00472-RMW

1
2  Copy of Order Mailed on 9/3/14 to:
3  Keven Chen Chieh Yang
   Reg. 61857-112
4  P.O. Box 7001/A1b
   Taft, CA 93268
5
        *Defendant in Pro Per*
6
7  Order was E-Filed to Government Counsel
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28